```
                                                FILED

                                             2007 AUG -7  AM 11:59

                                             CLERK US DISTRICT COURT
                                           SOUTHERN DISTRICT OF CALIFORNIA

                                           BY_____ap_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07cr1601-JTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR MODIFICATION OF BOND |
| | ) | |
| **JOSE ARTURO ACEVEDO-SANCHEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the bond in this case be modified as follows:

Mr. Acevedo-Sanchez may travel Tijuana, Baja California, Mexico, with the permission of his pretrial services officer.

All other conditions remain the same.

**SO ORDERED.**

Dated: 8/6/07

HONORABLE JEFFREY T. MILLER
United States District Judge